# PROOF OF SERVICE

I, Natali Katw, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California.  I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.  On **February  23, 2026,** I served a true and correct copy of the following document(s):

**TRUSTEE'S MOTION TO (1) APPROVE BIDDING AND AUCTION PROCEDURES; AND (2) SELL REAL PROPERTY VIA AUCTION PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S MOTION TO (1) APPROVE BIDDING AND AUCTION PROCEDURES; AND (2) SELL REAL PROPERTY VIA AUCTION PURSUANT TO 11 U.S.C. SECTION 363, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**NOTICE OF HEARING AND MOTION**

on the parties in this action as follows:

**X**  **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, February 23, 2026, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Marc Steven Applbaum, Attorney for Debtor**    bobby@midwaylawfirm.com
- **Rama Steven Douglas, Attorney for Creditor Retail Reposition Partners 25, LLC**    rdouglas@krcl.com, ajezisek@krcl.com;mweiss@krcl.com; tnix@krcl.com;tgreenblum@krcl.com
- **Leslie T. Gladstone, Chapter 7 Trustee**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net; andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

IN RE ALTONA, INC.  CASE NO. 25-05062-CL7
Proof of Service

- **Leslie T. Gladstone, Chapter 7 Trustee**   leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com ;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca, Attorney for Chapter 7 Trustee**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com; andrewl@flgsd.com;natalik@flgsd.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Altona, Inc.
616 Clariden Ranch Road
Southlake, TX 76092-1976
*DEBTOR*
*VIA FIRST CLASS MAIL*

Altona, Inc
4275 Executive Square
La Jolla, CA 92037
DEBTOR
VIA FIRST CLASS MAIL

James W Volberding
Volberding Legal Group, PLLC
Plaza Tower
101 N. College Avenue
Suite 1850
Tyler, TX 75702
Texas State Court Appointed Receiver
*VIA FIRST CLASS MAIL*

IN RE ALTONA, INC.  CASE NO. 25-05062-CL7
Proof of Service

Peter Rowe, Esq.
15150 Preston Road, Suite 300
Dallas, TX 75248
Attorney for James W Volberding, Receiver
*VIA FIRST CLASS MAIL*

Grayson County Tax Assessor
100 W. Houston St #A-11
Sherman, Texas 75090
*VIA FIRST CLASS MAIL*

Texas Franchise Tax Board
111 East 17th Street
Austin, Texas 78774
*VIA FIRST CLASS MAIL*

Internal Revenue Service
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346
*VIA FIRST CLASS MAIL*


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 23, 2026, at La Jolla, California.

/s/ Natali Katw
Natali Katw